MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief, Criminal Division

THOMAS A. COLTHURST (CABN )
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    E-Mail: tom.colthurst@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-936-CRB |
|     Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE |
| DAVID BRUCE MORGAN, | |
|     Defendant. | |

    The defendant David Bruce Morgan, represented by Randy Sue Pollock, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for February 9, 2011, be continued to April 27, 2011.

    On October 29, 2009, David Bruce Morgan pleaded guilty to the sole count of an information charging a drug conspiracy violation [21 U.S.C. § 846]. Morgan is in custody, and he is serving a substantial state prison sentence.

    His sentencing in the instant case has been delayed because it will be affected by the

outcome in a related case (*United States v. Mauricio Aguilera*, Case No. CR 09-988-CRB) which was originally set for trial on September 20, 2010. Aguilera's original counsel withdrew in early September, and new counsel was appointed for him. Case No. CR 09-988-CRB is now set for trial on March 28, 2011.

Because of the potential impact of Morgan's anticipated trial testimony on his sentencing, the parties are requesting that Morgan's sentence be reset to April 27, 2011. The probation officer has also requested more time to prepare the presentence report..

No other defendants are affected by this request.

SO STIPULATED:

Dated: December 22, 2010  
/S/  
Thomas A. Colthurst  
Assistant United States Attorney

Dated: December 22, 2010  
/S/  
Randy Sue Pollock, Esq.  
Attorneys for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing for *United States v. David Bruce Morgan*, scheduled for February 9, 2011, is continued to April 27, 2011, at 2:15 p.m.

DATED: 12/27/2010

THE HONORABLE CHARLES R. BREYER  
United States District Judge

STIPULATION AND [PROPOSED] ORDER  
Case No. CR 09-0936-CRB                -2-