RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Tel: (510)763-9967
Fax: (510)272-0711
pollockesq@aol.com

Attorney for Defendant
DAVID BRUCE MORGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 09-00936-CRB |
| Plaintiff, | |
| vs. | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DATE FOR SENTENCING |
| DAVID MORGAN, | _____ |
| Defendant. / | |

Defendant DAVID BRUCE MORGAN, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Tom Colthurst hereby stipulate and ask the Court to continue the sentencing in this case from April 18, 2012 to June 27, 2012 at 2:15 p.m.

///

///

///

///

///

1  ///
2  This request is to provide time to complete Mr. Morgan's medical testing and to obtain
3  important information for the California Department of Corrections that will pertain to his
4  sentencing.
5
6  Dated: March 25, 2012            /s/ Randy Sue Pollock
                                    RANDY SUE POLLOCK
7                                   Counsel for Defendant
                                    David Bruce Morgan
8
9
10 Dated: March 25, 2012            /s/ Tom Colthurst
                                    TOM COLTHURST
11                                  Assistant United States Attorney
12
13 SO ORDERED:
14
   March 27, 2012
15                                  _____
                                    CHARLES R. BREYER
16                                  United States District Court Judge
17
18
19
20
21
22
23
24
25
26
27
28

2